# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E | Eastern District of Virginia | 08/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 E. Main Street<br>Suite 345<br>Richmond, Virginia 23219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG -7 A 11: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | George R. and Frances R. Acree Trusts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclo | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith BarneyMgd Mun Fund | A | Interest | J | T | | | | | |
| 2. Smith Barney IRA Rollover Mgd Acct | NA* | NA* | O | T | See Attachment VII A | | | | |
| 3. Smith Barney IR Rollover Mgd Acct | NA* | NA* | | | See Attachment VII B | | | | |
| 4. Ninth & Cary Assoc | G | ** | NA | NA | See Attachment VII C | | | | |
| 5. American Funds IRA *** | E * | NA* | | | See Attachment VII D | | | | |
| 6. American Funds IRA | NA* | NA* | | | See Attachment VII D | | | | |
| 7. Mallen Research Ltd Pshp. | B | Div | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. *An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, | | | | | | | | | |
| 10. no income to report in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachment VII B sets forth under | | | | | | | | | |
| 11. the heading "B" entries reflecting dividends and interest paid within the IRA and under the heading "D" entries reflecting | | | | | | | | | |
| 12. gains within the IRA. | | | | | | | | | |
| 13. **Sale/Exchange Of Property Used in a Business & Income | | | | | | | | | |
| 14. ***IRA Distribution | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

ATTACHMENT VII A

This is a Smith Barney Rollover IRA account (SEM) ▆▆▆ The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 18. Boeing Co | A | Dividend | J | T | | | | | |
| 19. Textron Co | A | Dividend | J | T | Buy | 07/07 | J | A | |
| 20. Bk of Am Corp | A | Dividend | J | T | Buy | 10/01 | J | A | |
| 21. Cap One Finl Corp | A | Dividend | J | T | Buy | 10/01 | J | A | |
| 22. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 23. Comcast Corp | | | J | T | | | | | |
| 24. Air Prod. & Chem. Inc | A | Dividend | J | T | Buy | 04/01 | J | | |
| 25. Abbott Labs | A | Dividend | J | T | | | | | |
| 26. Pfizer Inc | A | Dividend | J | T | | | | | |
| 27. Comverse Tech Inc | | | J | T | | | | | |
| 28. Nokia Corp | A | Dividend | J | T | | | | | |
| 29. Am Exp Co | A | Dividend | J | T | | | | | |
| 30. McDonalds Corp | A | Dividend | J | T | Buy | 05/20 | J | A | |
| 31. Sare Lee Corp | A | Dividend | J | T | Buy | 03/24 | J | | |
| 32. Avery Denison Corp | A | Dividend | J | T | | | | | |
| 33. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 34. Kimberly Clark Corp | A | Dividend | J | T | Buy | 11/03 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 35. Newell Rubbermaid Inc | A | Dividend | J | T | | | | | |
| 36. Chubb Corp | A | Dividend | J | T | Buy | 02/22 | J | A | |
| 37. St Paul Travelers Corp | A | Dividend | J | T | | | | | |
| 38. Goldman Sachs Gp Inc | A | Dividend | J | T | | | | | |
| 39. Wellpoint Inc | | Dividend | J | T | Buy | 07/07 | J | A | |
| 40. Kroger Co | | | J | T | | | | | |
| 41. JC Penney Co Inc | A | Dividend | J | T | | | | | |
| 42. Target Corp | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 43. Intl Bus Mach Corp | A | Dividend | J | T | | | | | |
| 44. Intl Bus Mach Corp | A | Dividend | J | T | Buy | 02/03 | J | | |
| 45. Burlington Res Inc | A | Dividend | J | T | Buy | 09/06 | J | A | |
| 46. Total S.A. Spons | A | Dividend | J | T | | | | | |
| 47. Halliburton Co Hldg Co | A | Dividend | J | T | Buy | 08/23 | J | A | |
| 48. Alltel Corp | A | Dividend | J | T | Buy | 07/21 | J | | |
| 49. Sprint Nextel Corp | A | Dividend | J | T | Buy | 01/05 | J | | |
| 50. Sprint Nextel Corp | A | Dividend | J | T | Buy | 10/03 | J | | |
| 51. Golden West Finl Corp | A | Dividend | J | T | Buy | 07/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 52. Golden West Final Corp | A | Dividend | J | T | Buy | 10/18 | J | A | |
| 53. Altria Gp Inc | A | Dividend | J | T | Buy | 10/17 | J | | |
| 54. Noble Corp | A | Dividend | J | T | | | | | |
| 55. AT&T Inc | A | Dividend | J | T | | | | | |
| 56. Echostar Com Corp | | | J | T | Buy | 06/22 | J | | |
| 57. Echostar Com Corp | | | J | T | Buy | 07/05 | J | | |
| 58. News Corp | A | Dividend | J | T | Buy | 03/01 | J | | |
| 59. News Corp | A | Dividend | J | T | Buy | 03/02 | J | | |
| 60. News Corp | A | Dividend | J | T | Buy | 03/04 | J | | |
| 61. News Corp | A | Dividend | J | T | Buy | 03/09 | J | | |
| 62. News Corp | A | Dividend | J | T | Buy | 11/21 | J | | |
| 63. Raytheon Co | A | Dividend | J | T | | | | | |
| 64. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 65. Sanofi-Aventis Spons | A | Dividend | J | T | Buy | 03/24 | J | A | |
| 66. Sempra Energy | A | Dividend | J | T | Buy | 02/09 | J | A | |
| 67. Suncor Energy Inc | A | Dividend | J | T | Buy | 06/20 | J | A | |
| 68. Wells Fargo & Co | A | Dividend | J | T | Buy | 08/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 69. Time Warner Inc | A | Dividend | J | T | | | | | |
| 70. Amgen Inc | | | J | T | | | | | |
| 71. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 72. General Elec. Inc. | A | Dividend | J | T | | | | | |
| 73. Electronic Arts | | | J | T | Buy | 10/17 | J | | |
| 74. Intel Corp | A | Dividend | J | T | | | | | |
| 75. Microsoft Corp | A | Dividend | J | T | | | | | |
| 76. Texas Inst. Co. | A | Dividend | J | T | | | | | |
| 77. Texas Inst Co | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 78. Yahoo Inc | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 79. Coca-Cola Co | A | Dividend | J | T | Buy | 10/17 | J | | |
| 80. Wm Wrigley Jr Co | A | Dividend | J | T | Buy | 11/29 | J | | |
| 81. Am Intl Gp Inc | A | Dividend | J | T | | | | | |
| 82. Merrill Lynch & Co | A | Dividend | J | T | | | | | |
| 83. Merrill Lynch & Co | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 84. Walt Disney Co | A | Dividend | J | T | Buy | 10/25 | J | A | |
| 85. Amazon Com Inc | | | J | T | Buy | 10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior di  ALL STOCKS COMMON | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | If not exempt from disclosure | |
| | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 86. Bed Bath & Beyond | | | J | T | Buy | 10/17 | J | | |
| 87. Home Depot Inc | A | Dividend | J | T | | | | | |
| 88. Cisco Sys Inc | | | J | T | Buy | 10/17 | J | | |
| 89. Dell Inc | | | J | T | | | | | |
| 90. IAC Interactive Corp | | | J | T | | | | | |
| 91. IAC Interactive Corp | | | J | T | Buy | 10/17 | J | A | |
| 92. Cablevision Sys Corp | | | J | T | | | | | |
| 93. Liberty Media Corp | | | J | T | | | | | |
| 94. Liberty Media Corp | | | J | T | Buy | 10/17 | J | A | |
| 95. Tyco Intl Ltd | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 96. Biogen Idec Inc | | | J | T | Buy | 10/27 | J | A | |
| 97. Forest Labs | | | J | T | Buy | 10/17 | J | A | |
| 98. Genzyme Corp | | | J | T | Buy | 10/17 | J | A | |
| 99. L3 Com Hldg Inc | A | Dividend | J | T | Buy | 10/17 | J | | |
| 100. Lehman Bros Hldg Inc | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 101. Pall Corp | A | Dividend | J | T | Buy | 12/9 | J | | |
| 102. Chiron Corp | | | J | T | Buy | 10/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$ - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 103. United Health Gp Inc | A | Dividend | J | T | Buy | 08/04 | J | A | |
| 104. United Health Gp Inc | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 105. Weatherford Intl | | | J | T | Buy | 10/17 | J | A | |
| 106. CREE Inc | | | J | T | Buy | 11/22 | J | | |
| 107. Sandisk Corp | | | J | T | Buy | 11/21 | J | A | |
| 108. CRH PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 109. BP PLC | A | Dividend | J | T | Buy | 10/17 | J | | |
| 110. Canon Inc | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 111. Portugal Telecom | A | Dividend | J | T | Buy | 11/07 | J | A | |
| 112. Portugal Telecom | A | Dividend | J | T | Buy | 11/07 | J | A | |
| 113. SK Telecom | A | Dividend | J | T | Buy | 10/17 | J | | |
| 114. Telecom Corp/New Zeal | A | Dividend | J | T | Buy | 10/17 | J | | |
| 115. Telefonica S.A. | A | Dividend | J | T | Buy | 10/17 | J | | |
| 116. Vodafone Gp PLL | A | Dividend | J | T | Buy | 10/17 | J | | |
| 117. Br. Am. Tobacco Co | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 118. Carrefour Eur | | | J | T | Buy | 10/17 | J | A | |
| 119. Frontline Ltd | A | Dividend | J | T | Buy | 10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 120. Frontline Ltd | A | Distribution | J | T | Buy | 12/29 | J | A | |
| 121. Alumina Ltd | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 122. BAE Sys PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 123. BNP Paribas Spon | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 124. BT Gp PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 125. Centrica PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 126. Compass Gp PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 127. Credit Suisse GP | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 128. E Onag Spon | A | Dividend | J | T | Buy | 11/08 | J | A | |
| 129. France Telecom SA | A | Dividend | J | T | Buy | 10/17 | J | | |
| 130. HBOS PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 131. Henderson Land Dev Ltd | A | Dividend | J | T | Buy | 10/17 | J | | |
| 132. Kingfisher PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 133. Konikilike Phillips | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 134. Electronics NS Spon | A | Dividend | J | T | But | 10/17 | J | Ga | |
| 135. Manulife Finl Corp | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 136. Posco Spon | A | Dividend | J | T | Buy | 10/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pri discl | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 137. Posco Spon | A | Dividend | J | T | Buy | 12/14 | J | A | |
| 138. Petrochina Co Ltd | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 139. Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 10/17 | J | | |
| 140. Suez SA Spon | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 141. Syngenta AG | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 142. TNT NV Spon | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 143. Tate & Lyle PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 144. Telenor ASA | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 145. Unilever PLC | A | Dividend | J | T | Buy | 10/17 | J | | |
| 146. Vivendi Univ. Spon | A | Dividend | J | T | Buy | 10/17 | J | | |
| 147. Vivendi Univ. Spon | A | Dividend | J | T | Buy | 11/29 | J | A | |
| 148. WWP Gp PLC | A | Dividend | J | T | Buy | 12/05 | J | A | |
| 149. Zurich Finl Svc | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 150. BAA PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 151. Honda Motor Co Ltd | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 152. Glaxosmithkline PLC | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 153. Novartis AG | A | Dividend | J | T | Buy | 03/29 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/05 | | | | | | |
| 154. Novartis AG | A | Dividend | J | T | Buy | 10/18 | J | A | |
| 155. ABN Amro Hldg NV | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 156. AXA SA | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 157. ING Groep NV | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 158. Aktiebolaget Electrolux Ltd | A | Dividend | J | T | Buy | 10/17 | J | A | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. ALL STOCKS SOLD | | | STOCKS SOLD IN 2005 | | | | | | |
| 162. Abbott Labs | A | Dividend | | | Sell | 10/17 | J | A | |
| 163. AT&T Inc | A | Dividend | | | Sell | 11/25 | J | | |
| 164. Auto Data Proc Inc | A | Dividend | | | Sell | 10/17 | J | D | |
| 165. BAA PLC | A | Dividend | | | Sell | 12/14 | J | A | |
| 166. Bk NY | A | Dividend | | | Sell | 9/16 | J | | |
| 167. Bear Stearns Co Inc | A | Dividend | | | Sell | 10/17 | J | A | |
| 168. Canon Inc | A | Dividend | | | Sell | 11/02 | J | | |
| 169. Carnival Corp | A | Dividend | | | Sell | 10/17 | J | D | |
| 170. Carnival Corp | A | Dividend | | | Sell | 03/21 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS SOLD | | | STOCKS SOLD IN 2005 | | | | | | |
| 171. Carnival Corp | A | Dividend | | | Sell | 01/06 | J | D | |
| 172. Chevron Corp | A | Dividend | | | Sell | 10/17 | K | C | |
| 173. Colgate Palmolive Co | A | Dividend | | | Sell | 10/17 | J | | |
| 174. Coamerica Inc | A | Dividend | | | Sell | 11/22 | J | A | Buy 1/26 J T |
| 175. Eli Lilly & Co | A | Dividend | | | Sell | 10/17 | J | C | |
| 176. Eng. Support Sys | A | Dividend | | | Sell | 09/22 | J | A | |
| 177. Eupopae Growth Fund | | | | | Sell | 10/12 | K | | |
| 178. Expedia Inc | A | Dividend | | | Sell | 10/05 | J | | |
| 179. Frontline Ltd | | | | | Sell | 11/18 | J | A | Buy 10/17 J T |
| 180. General Elec Co | A | Dividend | | | Sell | 10/17 | J | D | |
| 181. Honeywell Intl Inc | | | | | Sell | 10/17 | J | | Buy 10/05 J T |
| 182. Juniper Networks Inc | A | Dividend | | | Sell | 10/17 | J | | |
| 183. KT Corp | | | | | Sell | 12/05 | J | | Buy 10/17 J T |
| 184. Medtronic Inc | A | Dividend | | | Sell | 10/17 | J | A | |
| 185. Micron Tech Inc | | | | | Sell | 11/23 | J | A | Buy 10/17 J T |
| 186. Omnicon Gp | A | Dividend | | | Sell | 10/17 | J | C | |
| 187. Oracle Corp | A | Dividend | | | Sell | 10/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS SOLD IN 2005 | | | | | | |
| 188. Pediatrix Med Gp Inc | A | Dividend | | | Sell | 10/17 | J | A | |
| 189. Reed Elsevier PLC | | | | | Sell | 11/28 | J | | Buy 10/17 J T |
| 190. Reuters Gp PLC | | | | | Sell | 11/02 | J | | Buy 10/17 J T |
| 191. St Paul Travellers Cos | A | Dividend | | | Sell | 10/17 | J | | |
| 192. Sysco Corp | A | Dividend | | | Sell | 09/02 | J | B | |
| 193. Sysco Corp | A | Dividend | | | Sell | 10/17 | J | C | |
| 194. Omnicom Gp | A | Dividend | | | Sell | 06/16 | J | B | |
| 195. Total S.A. Spon | A | Dividend | | | Sell | 10/17 | J | A | |
| 196. Viacom Inc | A | Dividend | | | Sell | 10/17 | J | | |
| 197. Walgreen Co | A | Dividend | | | Sell | 10/17 | J | A | |
| 198. Weyerhauser Co | A | Dividend | | | Sell | 04/21 | J | A | |
| 199. WTS Lucent Tech Inc | | | | | Sell | 01/06 | J | A | Rec'd settl of class actn |
| 200. Wyeth | A | Dividend | | | Sell | 10/17 | K | A | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

ATTACHMENT VII B

This is a Smith Barney Rollover IRA account (SBAM) ███ In December 1998, the manager of the account was changed, hence the change in designation from "GSB" (the manager since 1992) to SBAM (the new manager effective December 1998). The account manager was changed again in October 2005 and, at that time, all stocks in the account were either sold or transferred to Account No. 48 (see Attachment VII A). Accordingly, there were no stocks in the account at the end of the reporting period.

The assets in the account were purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I had the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I was presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details for individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure ALL STOCKS COMMON | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) STOCKS SOLD IN 2005 | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Aetna Inc | | | | | Sell | 08/10 | J | | Buy 07/20 J T |
| 206. Alcoa Inc | A | Dividend | | | Sell | 02/16 | J | A | |
| 207. Am. Intl Gp Inc | A | Dividend | | | Sell | 03/23 | J | | |
| 208. Ameriprise Finl Inc | A | Dividend | | | Sell | 10/05 | J | A | |
| 209. Bk NY | A | Dividend | | | Sell | 01/28 | J | A | |
| 210. Bk NY | A | Dividend | | | Sell | 08/19 | J | A | |
| 211. BP PLC | A | Dividend | | | Sell | 08/22 | J | B | |
| 212. Discovery Hldg Co | A | Dividend | | | Sell | 07/22 | J | A | |
| 213. Glaxosmithkline PLC | A | Dividend | | | Sell | 05/27 | J | A | |
| 214. Burlington Res Inc | | | | | Sell | 10/03 | J | B | Buy 09/06 J T |
| 215. Hewlett Packard Co | A | Dividend | | | Sell | 03/31 | J | A | |
| 216. Hewlett Packard Co | A | Dividend | | | Sell | 02/09 | J | A | |
| 217. Hewlett Packard Co | A | Dividend | | | Sell | 06/23 | J | A | |
| 218. Honeywell Intl Inc | A | Dividend | | | Sell | 06/30 | J | A | |
| 219. Intl Paper Co | A | Dividend | | | Sell | 04/18 | J | A | |
| 220. Intl Paper Co | A | Dividend | | | Sell | 02/10 | J | A | |
| 221. Intl Paper Co | A | Dividend | | | Sell | 04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON | | | STOCKS SOLD IN 2005 | | | | | | |
| 222. JC Penney Co Inc. | A | Dividend | | | Sell | 06/09 | J | A | |
| 223. Keyspan Corp | A | Dividend | | | Sell | 05/24 | J | A | |
| 224. Kroger Co | A | Dividend | | | Sell | 05/17 | J | | |
| 225. Lexmark Intl Gp Inc | A | Dividend | | | Sell | 10/04 | J | | |
| 226. Lexmark Intl Gp Inc. | | | | | Sell | 10/04 | J | | Buy 02/18 J T |
| 227. Lexmark Intl Gp Inc. | | | | | Sell | 10/04 | J | | Buy 08/22 J T |
| 228. McDonalds Corp | | | | | Sell | 09/16 | J | A | Buy 05/20 J T |
| 229. MCI Inc | | | | | Sell | 02/15 | J | A | Buy 01/10 J T |
| 230. MCI Inc | | | | | Sell | 02/10 | J | A | Buy 01/10 J T |
| 231. MCI Inc | | | | | Sell | 03/18 | J | A | Buy 01/10 J T |
| 232. Morgan Stanley | A | Dividend | | | Sell | 03/21 | J | | |
| 233. Morgan Stanley | A | Dividend | | | Sell | 08/31 | J | | |
| 234. Morgan Stanley | A | Dividend | | | Sell | 08/31 | J | A | |
| 235. Nabors Ind Ltd | A | Dividend | | | Sell | 10/04 | J | | |
| 236. News Corp | A | Dividend | | | Sell | 03/01 | J | A | |
| 237. News Corp | A | Dividend | | | Sell | 03/02 | J | A | |
| 238. News Corp | A | Dividend | | | Sell | 03/04 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2005 | | | | | | | | | |
| 239. Nextel Com | | | | | Sell | 08/16 | J | A | Buy 01/05 J T |
| 240. Pfizer Inc | A | Dividend | | | Sell | 03/24 | J | | |
| 241. Royal Dutch Petro. Co | A | Dividend | | | Sell | 02/10 | J | A | |
| 242. Schering Plough Corp | A | Dividend | | | Sell | 04/04 | J | A | |
| 243. Solectron Corp | A | Dividend | | | Sell | 07/19 | J | A | |
| 244. Sprint Nextel Corp | | | | | Sell | 08/17 | J | A | Buy 01/05 J T |
| 245. Verizon Com. | A | Dividend | | | Sell | 01/21 | J | | |
| 246. Verizon Com. | A | Dividend | | | Sell | 07/08 | J | | |
| 247. Verizon Com. | A | Dividend | | | Sell | 07/11 | J | | |
| 248. Washington Mut. Co. | A | Dividend | | | Sell | 07/15 | J | A | |
| 249. Wyeth | A | Dividend | | | Sell | 02/01 | J | | |

| 1. Income Gain Codes: (See Columns Bl and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## ATTACHMENT VII D

As reported in Section VII, Lines 5 and 6, ██████████████ each had an IRA with The American Funds, mutual funds over which we have no say and the holdings of which we do not know.  My America Funds IRA was rolled into Account 48 (see schedule VII A) in October 2005 (see Attachment VII A, 1. 177).  ████████ America Funds IRA is now held by Smith Barney.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/03/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _August 2, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544